FILED

MAY - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Criminal Case No. 08CR1471-IEG
                                )
                Plaintiff,      )   I N F O R M A T I O N
                                )
        v.                      )   Title 21, U.S.C., Secs. 952 and
                                )   960 - Importation of
JORGE LUIS GOMEZ-FERNANDEZ,     )   Methamphetamine(Felony)
                                )
                Defendant.      )
                                )
_____ )

        The United States Attorney charges:

        On or about April 11, 2008, within the Southern District of
California, defendant JORGE LUIS GOMEZ-FERNANDEZ, did knowingly and
intentionally import approximately 50 grams or more, to wit:
approximately 8.40 kilograms (18.48 pounds) of methamphetamine
(actual), a Schedule II Controlled Substance, into the United States
from a place outside thereof; in violation of Title 21, United States
Code, Sections 952 and 960.

        DATED: May 8, 2008.

                                    KAREN P. HEWITT
                                    United States Attorney

                                    for CALEB MASON
                                    Assistant U.S. Attorney

CEM:mg:San Diego
4/21/08